# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Magistrate Docket No. '22 MJ1534 |
| Plaintiff, | |
| v. | COMPLAINT FOR VIOLATION OF: |
| | Title 8, U.S.C. § 1324(a)(1)(A)(ii) |
| | Transportation of Illegal Aliens |
| Martin CHAVEZ Jr., | |
| Cristian MANCILLA-Valdovino, | |
| Defendants. | |

The undersigned complainant being, duly sworn, states:

On or about May 2, 2022, within the Southern District of California, defendants Martin CHAVEZ Jr. and Cristian MANCILLA-Valdovino with the intent to violate the immigration laws of the United States, knowing or in reckless disregard of the fact that certain aliens, namely, Lizley Jania BRAVO-Perez and Jose Luis ROBLERO-Laparra, had come to, entered and remained in the United States in violation of law, did transport and move, said aliens within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

And the complainant further states that this complaint is based on the attached probable cause statement, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Giancarlo Lugo
Border Patrol Agent

SWORN AND ATTESTED TO UNDER OATH BY TELEPHONE, IN ACCORDANCE WITH FEDERAL RULE OF CRIMINAL PROCEDURE 4.1, ON MAY 3, 2022.

*William V. Gallo*
HON. WILLIAM V. GALLO
United States Magistrate Judge

**CONTINUATION OF COMPLAINT:**
Martin CHAVEZ Jr.,
Cristian MANCILLA-Valdovino

## PROBABLE CAUSE STATEMENT

The complainant states that Lizley Jania BRAVO-Perez and Jose Luis ROBLERO-Laparra, are citizens of a country other than the United States; that said aliens have admitted that they are deportable; that their testimony is material, that it is impracticable to secure their attendance at the trial by subpoena; and they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On May 2, 2022, Border Patrol Agent M. Canel, was assigned to checkpoint duties at the San Clemente Border Patrol Station, the checkpoint was fully operational, all lights and warning signs were functional to the motoring public. At approximately 12:45 AM, Agent Canel was performing immigration inspections when a red Dodge Neon, bearing California license plates, arrived at the checkpoint for inspection. Agent Canel conducted an immigration inspection on the driver and passenger of the Dodge Neon. The driver, later identified as defendant Martin CHAVEZ Jr., stated he was a United States citizen. The front passenger, later identified as defendant Cristian MANCILLA-Valdovino, stated he was "from here." Agent Canel then asked MANCILLA-Valdovino where they were headed to, MANCILLA-Valdovino stated "to Fresno." Agent Canel then referred the vehicle to secondary position area for further inspection.

At approximately 12:47 PM, Agent I. Gaytan was assigned to checkpoint secondary duties, he approached the vehicle and noticed four occupants in the vehicle. Agent Gaytan asked the driver, CHAVEZ Jr., where he was coming from. CHAVEZ Jr. stated he was coming from San Ysidro and was heading to Stockton. Agent Gaytan noticed a strong odor of marijuana coming from inside the vehicle. Agent Gaytan asked CHAVEZ Jr. where he had the marijuana. CHAVEZ Jr. then showed Agent Gaytan a small plastic bag with marijuana in it. Agent Gaytan then asked CHAVEZ Jr. if he would give him permission to search his vehicle. CHAVEZ Jr. stated yes. Agent Gaytan then had all four individuals come out of the vehicle and had them seated at the secondary bench area.

In secondary, Agent S. Zebari conducted an immigration inspection on all four individuals. The two rear passengers, later identified as material witnesses Lizley Jania BRAVO-Perez and Jose Luis ROBLERO-Laparra, stated that they are citizens of Mexico without immigration documents allowing them to enter or remain in the United States legally. Defendants CHAVEZ Jr. and MANCILLA-Valdovino, stated they are United States citizens. At approximately 1:00 AM, all four individuals were placed under arrest.

The defendant, CHAVEZ Jr., was read his Miranda Rights and stated that he understood his

**CONTINUATION OF COMPLAINT:**
**Martin CHAVEZ Jr.,**
**Cristian MANCILLA-Valdovino**

rights and was willing to speak without an attorney present. CHAVEZ Jr. stated that he did not know the rear passengers or that they were illegal in the country.

The defendant, MANCILLA, was read his Miranda Rights and stated that he understood his rights and was willing to speak without an attorney present. MANCILLA stated that he and CHAVEZ Jr. picked up BRAVO and ROBLERO in San Diego, California. MANCILLA stated that he was friends with the two rear passengers and was unaware that they were illegally in the country.

Material witnesses, BRAVO and ROBLERO stated that they are citizens of Mexico without immigration documents to enter or remain in the United States legally. ROBLERO stated that he crossed illegally with his wife, BRAVO. BRAVO stated that she made smuggling arrangements and was going to pay $200,000 MXN (Mexican Peso) which is approximately $10,000 USD. ROBLERO stated that his family made smuggling arrangements but did not know the amount to be paid. BRAVO stated that she was going to Alabama to work. ROBLERO stated that he was en route to Los Angeles, California. When shown a photographic lineup, BRAVO was able to identify MANCILLA as the front passenger of the vehicle in this event. ROBLERO was able to identify CHAVEZ Jr. as the driver of the vehicle in this event.